IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
           Plaintiff,          )     8:09CR457
                               )
     v.                        )
                               )
YVONNE ACKERLY,                )     ORDER
                               )
           Defendant.          )
_____)
```

      This matter is before the Court on defendant's motion for enlargement of time to file motions for deviation, variance or departure (Filing No. 422).  The Court finds the motion should be granted.  Accordingly,

      IT IS ORDERED that the motion is granted; defendant shall have until September 3, 2010, to make such submissions.

      DATED this 20th day of August, 2010.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court