IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| YVONNE ACKERLY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to continue sentencing and for enlargement of time to file motions for variance, deviation or departure (Filing No. 618). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) The motion is granted; defendant shall have until April 26, 2011, to file any motions for deviation, variance or departure.

2) Sentencing is rescheduled for:

**Friday, May 6, 2011, at 9:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 29th day of December, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court