IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| YVONNE ACKERLY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue sentencing and for enlargement of time to file motions for variance, deviation or departure (Filing No. 987). The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED:

1) Defendant shall have until December 30, 2011, to file motions for variance, deviation or departure from the Sentencing Guidelines.

2) Sentencing is rescheduled for:

**Friday, January 13, 2012, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 10th day of August, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court