IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| YVONNE ACKERLY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to dismiss without prejudice (Filing No. 1353) the petition for offender under supervision (Filing No. 1309). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion to dismiss is granted; the petition for warrant or summons for offender under supervision (Filing No. 1309) is dismissed without prejudice.

DATED this 20th day of November, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court